UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>            Petitioner,<br><br>   v.<br><br>RON DAVIS, et al.,<br><br>            Respondents. | No.  2:16-cv-3031 MCE GGH P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. section 2254. The undersigned hereby disqualifies himself from sitting on this case pursuant to 28 U.S.C. section 455(a) insofar as his law clerk, who would have some responsibilities with regard to the case, was at one time sued by Petitioner, and a failure to recuse risks creation of an appearance of impropriety or concern about his impartiality.

      The Clerk of the Court shall assign this matter to another Magistrate Judge forthwith.

      **IT IS SO ORDERED**.

Dated: January 12, 2017

                                    /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

Stan3031.recuse.amm