UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY, | No. 2:16-cv-3031 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| RON DAVIS, et al., | |
| Defendants. | |

The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: January 17, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE